In the Matter of the Claim of HERMAN GEFERS, Respondent, against NEW YORK WINDOW CLEANING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Was it proper and within the jurisdiction of the State Industrial Board to make an award to the claimant for the permanent loss of use of two-thirds of the right foot, two-thirds of the loss of use of the left leg and loss of use of one-half of the left hand, to be paid consecutively commencing with the date of the accident, January 22, 1926, and extending to September 11, 1934? Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ALEXANDER LAJEUNESSE, Respondent, against AUSTIN ORGAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ELIZABETH CONRAD and Others, Respondents, against MELDRUM MOTOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of HAROLD B. JESSUP, Respondent, against G. P. WRIGLEY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs to the claimant against the appellants. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.